**Devinche J. ALBRITTON, Plaintiff—Appellant,**

v.

**Gene M. JOHNSON, Director of Virginia Department of Corrections; John Doe, Virginia Department of Corrections Health Services Director; David B. Everett, Warden of Sussex II State Prison; Ms. Wanda Rollins, Sussex II State Prison Operations Officer and Law Library Supervisor; Officer Cris, former Sergeant Cris, now Officer Cris; Ms. Massenburg, Grievance Coordinator; Jane Doe, The Office Service Specialist, Defendants—Appellees.**

No. 09-6732.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2009.

Decided: Oct. 6, 2009.

DeVinche Albritton, Appellant Pro Se. Mark R. Davis, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeVinche Albritton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Albritton v. Johnson,* No. 2:07-cv-00356-JBF-FBS (E.D. Va. filed Apr. 8, 2009; entered Apr. 9, 2009). We deny Albritton's motions for a dental examination, for a stay of the appeal pending the exam, and to amend to add new claims and defendants. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*AFFIRMED.*